AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

Sharman Networks, Limited, a Vanuatu Corporation,

    Plaintiff
    v.

Claria Corporation, a Delaware Corporation

    Defendant

Civil Action No. CV 08 3527 BZ

## Summons in a Civil Action

To: Claria Corporation

*(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jeffrey F. Gersh, Esq., SBN. 87124
James A. Sedivy, SBN. 102870
THE GERSH LAW FIRM, INC.
15821 Ventura Boulevard
Suite 515
Encino, California 91436
Tel: (818) 536-5700
Fax: (818) 981-4618

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 23 2008

Richard W. Wieking
Name of clerk of court
ANNA SPRINKLES
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*