Jeffrey F. Gersh, State Bar No. 87124
James A. Sedivy, State Bar No. 102870
THE GERSH LAW FIRM, INC.
15821 Ventura Boulevard, Suite 515
Encino, California 91436
Telephone: (818) 536-5700
Facsimile: (818) 981-4618

Attorneys for Plaintiff
SHARMAN NETWORKS LIMITED,
a Vanuatu corporation

FILED
08 JUL 23 PM 12: 11
RICHARD W. WIEKING
U.S. DISTRICT COURT
[CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARMAN NETWORKS LIMITED, a Vanuatu corporation<br><br>Plaintiff,<br><br>vs.<br><br>CLARIA CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV 08 3527  BZ<br><br>DISCLOSURE STATEMENT OF PLAINTIFF SHARMAN NETWORKS LIMITED |

TO THE UNITED STATES DISTRICT COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to FRCP Rule 7.1(a), the following disclosures are made by Plaintiff Sharman Networks Limited, a Vanuatu corporation:

1. Sharman Networks Limited, has no parent corporation; and,

2. No publicly held corporation owns 10% or more of the stock of Sharman Networks Limited.

Dated: July  , 2008

THE GERSH LAW FIRM, INC.

*[signature]*

Jeffrey F. Gersh, Esq.
Attorneys for Plaintiff
SHARMAN NETWORKS LIMITED,
a Vanuatu corporation

---

1
DISCLOSURE STATEMENT OF PLAINTIFF