```
 1  Jeffrey F. Gersh, State Bar No. 87124
    James A. Sedivy, State Bar No. 102870
 2  THE GERSH LAW FIRM, INC.
    15821 Ventura Boulevard, Suite 515
 3  Encino, California 91436
    Telephone:  (818) 536-5700
 4  Facsimile:  (818) 981-4618

 5  Attorneys for Plaintiff
    SHARMAN NETWORKS LIMITED,
 6  a Vanuatu corporation

 7
```

FILED
08 JUL 23 PM 12: 11
RICHARD W. WIEKING
U.S. DISTRICT COURT

THE GERSH LAW FIRM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARMAN NETWORKS LIMITED, a Vanuatu corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>CLARIA CORPORATION, a Delaware corporation,<br><br>   Defendant. | Case No. CV 08 3527 BZ<br><br>CERTIFICATION OF INTERESTED PARTIES BY PLAINTIFF SHARMAN NETWORKS LIMITED |

**TO THE UNITED STATES DISTRICT COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

//
//

1
CERTIFICATION OF INTERESTED PARTIES BY PLAINTIFF

1   Trustees International Limited, a discretionary trust under Vanuatu law, is the
2   sole owner of the whole of the issued capital of Sharman Networks Limited, a
3   Vanuatu corporation ("Sharman"); and
4   Worldwide Nominees Limited, a Vanuatu company, is the sole director of
5   Sharman.

8   Dated: July 22, 2008

THE GERSH LAW FIRM, INC.

Jeffrey F. Gersh, Esq.
Attorneys for Plaintiff
SHARMAN NETWORKS LIMITED,
a Vanuatu corporation

2
CERTIFICATION OF INTERESTED PARTIES BY PLAINTIFF