LUANNE SACKS, Cal. Bar No. 120811
JOHN R. HURLEY, Cal. Bar No. 203641
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
Jellycloud Inc. f/k/a Claria Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARMAN NETWORKS LIMITED, | CASE NO. CV 08 3527 |
| Plaintiff, | |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| CLARIA CORPORATION, now known as JELLYCLOUD INC. , | |
| Defendant. | |

Defendant Claria Corporation, now known as Jellycloud, Inc. submits this certification pursuant to Civil L.R. 3-16. Puyrsuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 1Z , 2008

DLA PIPER US LLP

By
JOHN R. HURLEY
Attorneys for Defendant
Jellycloud Inc. f/k/a Claria Corporation