UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARMAN NETWORKS LIMITED<br><br>Plaintiff(s),<br><br>v.<br><br>CLARIA CORPORATION, now known as JELLYCLOUD INC.<br><br>Defendant(s). | No. C V 08 3527<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/12/08

Signature _____

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")