1  Jeffrey F. Gersh, State Bar No. 87124
   James A. Sedivy, State Bar No. 102870
2  THE GERSH LAW FIRM, INC.
   15821 Ventura Boulevard, Suite 515
3  Encino, California 91436
   Telephone:  (818) 536-5700
4  Facsimile:   (818) 981-4618

5  Attorneys for Plaintiff
   SHARMAN NETWORKS LIMITED,
6  a Vanuatu corporation

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 | SHARMAN NETWORKS LIMITED, a    | Case No. CV-08-3527BZ
   | Vanuatu corporation             |
12 |                                 |
   |            Plaintiff,           | **CONSENT TO PROCEED BEFORE**
13 |     vs.                         | **A UNITED STATES MAGISTRATE**
   |                                 | **JUDGE**
14 | CLARIA CORPORATION, a Delaware  |
   | corporation, now know as        |
15 | JELLYCLOUD, INC., a Delaware    |
   | corporation                     |
16 |                                 |
   |            Defendant.           |
17

18
       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the
19
   undersigned party hereby voluntarily consents to have a United States Magistrate
20
   Judge conduct any and all further proceedings in the case, including trial, and order
21
   the entry of final judgment.  Appeal from the judgment shall be taken directly to the
22
   United States Court of Appeals for the Ninth Circuit.
23

24
   Dated: August 8, 2008              THE GERSH LAW FIRM, INC.
25

26                                    [signature]
27                                    _____
                                      Jeffrey F. Gersh, Esq.
                                      James A. Sedivy
28                                    Attorneys for Plaintiff SHARMAN NETWORKS
                                      LIMITED

                                      1

THE GERSH LAW FIRM, INC.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 15821 Ventura Boulevard, Suite 515, Encino, CA 91436.

On August 8, 2008, I served the following document(s) described as **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on all interested parties to this action, as follows:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Claria Corporation
Richard Grey Agent
555 Broadway Street
Redwood City, CA 94063

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with _____'s practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to _____ for delivery to the above address(es).

☐ **BY FAX:** I caused the above-referenced document to be transmitted via facsimile from Fax No._____ to Fax No. _____ directed to _____. The facsimile machine I used complies with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(1), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

☐ **BY E-MAIL:** I caused the above-referenced document to be transmitted via e-mail from _____@gershlegal.com to _____directed to _____.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

☒ [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2008, at Encino, California.

/HEATHER NAPIER/

1

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**