Jeffrey F. Gersh, State Bar No. 87124
James A. Sedivy, State Bar No. 102870
THE GERSH LAW FIRM, INC.
15821 Ventura Boulevard, Suite 515
Encino, California 91436
Telephone: (818) 536-5700
Facsimile: (818) 981-4618
E-mail: jgersh@gershlegal.com
        jsedivy@gershlegal.com

Attorneys for Plaintiff and Counter-Defendant
SHARMAN NETWORKS LIMITED,
a Vanuatu corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARMAN NETWORKS LIMITED, a Vanuatu corporation<br><br>Plaintiff,<br><br>vs.<br><br>CLARIA CORPORATION, a Delaware corporation, now known as JELLYCLOUD, INC., a Delaware corporation<br><br>Defendant.<br><br>_____<br><br>CLARIA CORPORATION, a Delaware corporation, now known as JELLYCLOUD, INC., a Delaware corporation<br><br>Counterclaimant<br><br>vs.<br><br>SHARMAN NETWORKS LIMITED, a Vanuatu corporation<br><br>Counter-Defendant<br><br>_____ | Case No. CV08-3527PJH<br><br>(Case assigned to Hon. Phyllis J. Hamilton)<br><br>**STIPULATION TO EXTEND DATE FOR FILING AN ANSWER OR OTHER RESPONSE UNDER FRCP 12 TO COUNTERCLAIMS BY COUNTER-DEFENDANT SHARMAN NETWORKS LIMITED; ORDER THEREON (PURSUANT TO LOCAL RULE 7-12)** |

TO THE HONORABLE PHYLLIS J. HAMILTON:

## JOINT STIPULATION

Plaintiff and Counter-Defendant SHARMAN NETWORKS LIMITED, a Vanuatu corporation ("SHARMAN") and Defendant and Counterclaimant CLARIA CORPORATION, a Delaware corporation, now known as Jellycloud, Inc., ("CLARIA"), by and through their counsel, hereby submit this joint stipulation requesting that this Court extend to September 9, 2008 as the time for SHARMAN to file an answer or other responsive pleading pursuant to FRCP Rule 12 to the Counterclaims of CLARIA filed in this action.

## RECITALS

1. SHARMAN filed its Complaint on May 5, 2006.

2. CLARIA was served with the Complaint on May 17, 2006.

3. CLARIA filed and served its Answer to Complaint and Counterclaims on August 12, 2008.

4. SHARMAN's response to the Counterclaims is currently due September 2, 2008, the day after the Labor Day Holiday.

5. A response to the Counterclaims requires consultation with SHARMAN's counsel in London, England, and with other persons who are out of the country. Several of these individuals have been on holiday. Thus, counsel for SHARMAN has requested a short, one week, extension to file an answer or other responsive pleading pursuant to FRCP Rule 12 to the Counterclaims of CLARIA filed in this action. Therefore, good cause exists for this extension of time.

//

//

2

STIPULATION TO EXTEND DATE FOR FILING AN ANSWER OR OTHER RESPONSE UNDER FRCP 12 TO COUNTERCLAIMS BY COUNTER-DEFENDANT SHARMAN NETWORKS LIMITED; ORDER THEREON
CASE NO.CV08-3527PJH

NOW, THEREFORE, the parties hereby stipulate and agree that SHARMAN shall have until and including September 9, 2008 to file and serve an answer or other responsive pleading to the Complaint pursuant to FRCP Rule 12.

IT IS SO STIPULATED.

DATED: August 29, 2008

THE GERSH LAW FIRM, INC.

By *[signature]*
James A. Sedivy

Attorneys for Plaintiff and Counter-Defendant
SHARMAN NETWORKS LIMITED,
a Vanuatu corporation

DATED: August 29, 2008

DLA PIPER US LLP

By *[signature]*
John R. Hurley

Attorneys for Defendant and Counterclaimant
Claria Corporation, a Delaware corporation
now known as Jellycloud, Inc., a Delaware corporation

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____        _____
                                HONORABLE PHYLLIS J. HAMILTON
                                UNITED STATES DISTRICT COURT JUDGE

THE GERSH LAW FIRM, INC.

4

**STIPULATION TO EXTEND DATE FOR FILING AN ANSWER OR OTHER RESPONSE UNDER FRCP 12 TO COUNTERCLAIMS BY COUNTER-DEFENDANT SHARMAN NETWORKS LIMITED; ORDER THEREON**
CASE NO.CV08-3527PJH