Jeffrey F. Gersh, State Bar No. 87124
James A. Sedivy, State Bar No. 102870
THE GERSH LAW FIRM, INC.
15821 Ventura Boulevard, Suite 515
Encino, California 91436
Telephone: (818) 536-5700
Facsimile: (818) 981-4618
E-mail: jgersh@gershlegal.com
jsedivy@gershlegal.com

Attorneys for Plaintiff and Counter-Defendant
SHARMAN NETWORKS LIMITED,
a Vanuatu corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

SHARMAN NETWORKS LIMITED, a Vanuatu corporation

Plaintiff,

vs.

CLARIA CORPORATION, a Delaware corporation, now known as JELLYCLOUD, INC., a Delaware corporation

Defendant.

---

CLARIA CORPORATION, a Delaware corporation, now known as JELLYCLOUD, INC., a Delaware corporation

Counterclaimant

vs.

SHARMAN NETWORKS LIMITED, a Vanuatu corporation

Counter-Defendant

Case No. CV08-3527PJH

(Case assigned to Hon. Phyllis J. Hamilton)

**STIPULATION TO EXTEND DATE FOR FILING AN ANSWER OR OTHER RESPONSE UNDER FRCP 12 TO COUNTERCLAIMS BY COUNTER-DEFENDANT SHARMAN NETWORKS LIMITED; ORDER THEREON (PURSUANT TO LOCAL RULE 7-12)**

1

**STIPULATION TO EXTEND DATE FOR FILING AN ANSWER OR OTHER RESPONSE UNDER FRCP 12 TO COUNTERCLAIMS BY COUNTER-DEFENDANT SHARMAN NETWORKS LIMITED; ORDER THEREON**

CASE NO.CV08-3527PJH

THE GERSH LAW FIRM, INC.

TO THE HONORABLE PHYLLIS J. HAMILTON:

**JOINT STIPULATION**

Plaintiff and Counter-Defendant SHARMAN NETWORKS LIMITED, a Vanuatu corporation ("SHARMAN") and Defendant and Counterclaimant CLARIA CORPORATION, a Delaware corporation, now known as Jellycloud, Inc., ("CLARIA"), by and through their counsel, hereby submit this joint stipulation requesting that this Court extend to September 9, 2008 as the time for SHARMAN to file an answer or other responsive pleading pursuant to FRCP Rule 12 to the Counterclaims of CLARIA filed in this action.

**RECITALS**

1. SHARMAN filed its Complaint on May 5, 2006.

2. CLARIA was served with the Complaint on May 17, 2006.

3. CLARIA filed and served its Answer to Complaint and Counterclaims on August 12, 2008.

4. SHARMAN's response to the Counterclaims is currently due September 2, 2008, the day after the Labor Day Holiday.

5. A response to the Counterclaims requires consultation with SHARMAN's counsel in London, England, and with other persons who are out of the country. Several of these individuals have been on holiday. Thus, counsel for SHARMAN has requested a short, one week, extension to file an answer or other responsive pleading pursuant to FRCP Rule 12 to the Counterclaims of CLARIA filed in this action. Therefore, good cause exists for this extension of time.

//

//

2

STIPULATION TO EXTEND DATE FOR FILING AN ANSWER OR OTHER RESPONSE UNDER FRCP 12 TO COUNTERCLAIMS BY COUNTER-DEFENDANT SHARMAN NETWORKS LIMITED; ORDER THEREON

CASE NO.CV08-3527PJH

THE GERSH LAW FIRM, INC.

NOW, THEREFORE, the parties hereby stipulate and agree that SHARMAN shall have until and including September 9, 2008 to file and serve an answer or other responsive pleading to the Complaint pursuant to FRCP Rule 12.

IT IS SO STIPULATED.

DATED: August 29, 2008

THE GERSH LAW FIRM, INC.

By ______________________
James A. Sedivy

Attorneys for Plaintiff and Counter-Defendant SHARMAN NETWORKS LIMITED, a Vanuatu corporation

DATED: August 29, 2008

DLA PIPER US LLP

By ______________________
John R. Hurley

Attorneys for Defendant and Counterclaimant Claria Corporation, a Delaware corporation now known as Jellycloud, Inc., a Delaware corporation

THE GERSH LAW FIRM, INC.

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/3/08

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

THE GERSH LAW FIRM, INC.