UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARMAN NETWORKS LIMITED,

    Plaintiff,

    v.

CLARIA CORPORATION, now known as JELLYCLOUD, INC.,

    Defendant.
_____

AND RELATED COUNTERCLAIMS
_____/

No. C 08-3527 PJH

**ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS**

    Defendant and counterclaimant Jellycloud, Inc., formerly known as Claria Corporation, having filed a statement of non-opposition to plaintiff and counterdefendant Sharman Networks Limited's motion to dismiss counterclaims, the court hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: October 22, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge