UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHARMAN NETWORKS LTD, a Vanuatu Corp., <br><br> Plaintiff(s), <br><br> v. <br><br> CLARIA CORPORATION, a Delaware Corp., now known as JELLYCLOUD INC., a Delaware Corp., <br><br> Defendant(s). | No. C 08-3527 PJH (BZ) <br><br> **ORDER EXCUSING PLAINTIFF'S APPEARANCE AT SETTLEMENT CONFERENCE** |

On November 18, 2008 plaintiff Sharman Networks requested that it be permitted to participate in the settlement conference by telephone.  Defendants have not objected.  **IT IS THEREFORE ORDERED** that the request is **GRANTED**.  Plaintiff Sharman Networks shall be available to participate by telephone commencing at 9:00 a.m., Pacific Time, commencing on December 5, 2008.

Dated: November 24, 2008

Bernard Zimmerman
United States Magistrate Judge

1